UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN LEE SELLERS,
     Plaintiff,

vs.                                                          Case No.: 5:21cv69/RV/EMT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,[1]
     Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on July 27, 2021 (ECF No. 9).   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.   Pursuant to Fed. R. Civ. P. 25(d), she therefore is automatically substituted for Andrew Saul as the Defendant in this case.

Accordingly, it is **ORDERED**:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 30th day of August, 2021.


/s/*Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**